IVETTE AMELBURU MANINGO, ESQ.
LAW OFFICES OF IVETTE AMELBURU MANINGO
NEVADA BAR NO.: 7076
400 S. Fourth Street, Ste. 500
Las Vegas, NV 89101
Tele.: (702) 793-4046
Fax: (844) 793-4046
Email:iamaningo@iamlawnv.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00228-APG-BNW |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE R.I.S.E. CHANGE OF PLEA HEARING** |
| MARCO ENCISO ARANETA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney, KEVIN D. SCHIFF, Assistant United States Attorney, counsel for the United States of America, and IVETTE AMELBURU MANINGO, ESQ., counsel for Defendant MARCO ENCISO ARANETA that the hearing for the R.I.S.E. Change of Plea currently scheduled for Tuesday, January 19, 2021 at 1:00 p.m. before Magistrate Judge Nancy J. Koppe be vacated and set to a time and date most convenient for this Honorable Court, at least two (2) weeks from this Stipulation.

This Stipulation is entered into for the following reasons:

1. The Defendant executed the R.I.S.E. Agreement, Waiver, and Plea Agreement on January 6, 2021 and provided same to the Government on January 7, 2021.

2. The Court set a hearing for the R.I.S.E. Change of Plea currently scheduled for Tuesday,

January 19, 2021 at 1:00 p.m. before Magistrate Judge Nancy J. Koppe.

3. Defendant Araneta has recently been exposed to the COVID-19 virus by a live-in family member who has tested positive and Defendant Araneta is currently ill and experiencing symptoms consistent with the COVID-19 virus.

4. For this reason, the Government and Defense have agreed to continue the scheduled hearing date and request the Court set the hearing for a date and time convenient to this Court, but for at least two (2) weeks, to allow Defendant Araneta to recover and complete the required quarantine period.

DATED this 14th[th] day of January, 2021

By: /s/ Ivette Amelburu Maningo
IVETTE AMELBURU MANINGO, ESQ.
Attorney for Marco Enciso Araneta

By: /s/ Kevin D. Schiff
KEVIN D. SCHIFF ESQ.
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | CASE NO. 2:20-CR-00228-APG-BNW |
| | ) | |
| Plaintiff, | ) | |
| | ) | FINDINGS OF FACT, CONCLUSION |
| vs. | ) | OF LAW AND ORDER |
| | ) | |
| MARCO ENCISO ARANETA | ) | |
| | ) | |
| Defendant. | ) | |

**FINDINGS OF FACT**

1. The Defendant executed the R.I.S.E. Agreement, Waiver, and Plea Agreement on January 6, 2021 and provided same to the Government on January 7, 2021.

2. The Court set a hearing for the R.I.S.E. Change of Plea currently scheduled for Tuesday, January 19, 2021 at 1:00 p.m. before Magistrate Judge Nancy J. Koppe.

3. Defendant Araneta has recently been exposed to the COVID-19 virus by a live-in family member who has tested positive and Defendant Araneta is currently ill and experiencing symptoms consistent with the virus.

4. For this reason, the Government and Defense have agreed to continue the scheduled hearing date and request the Court set the hearing for a date and time convenient to this Court, but for at least two (2) weeks, to allow Defendant Araneta to recover and complete the required quarantine period.

//

//

//

//

## **ORDER**

Based upon the Stipulation of IVETTE AMELBURU MANINGO, ESQ., of the Law Offices of Ivette Amelburu Maningo, appointed counsel for the Defendant, MARCO ENCISO ARANETA, and NICHOLAS A. TRUTANICH, United States Attorney, and KEVIN D. SCHIFF, Assistant United States Attorney, counsel in the above entitled matter, and good cause appearing therefore,

IT IS HEREBY ORDERED that counsel's stipulation is hereby granted and the R.I.S.E. Change of Plea hearing scheduled for January 19, 2021, at 1:00 p.m., is continued to Tuesday, February 9, 2021, at 11:00 a.m., in Courtroom 3C before Magistrate Judge Nancy J. Koppe.

Dated this 14th day of January, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE